**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-37062 |
| | § | |
| PETROMATERIALS USA INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Allison D. Byman, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the Trustee's control in this case have been properly accounted for as provided by law.  The Trustee hereby requests to be discharged from further duties as a Trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $19,320.22 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,787,550.64 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $170,923.26 | | |

3)      Total gross receipts of $1,958,473.90  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,958,473.90 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,004,400.61 | $1,570,320.42 | $1,570,320.42 | $1,570,320.42 |

| Priority Claims: | | | | |
|---|---|---|---|---|
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $170,923.26 | $170,923.26 | $170,923.26 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $5,871.39 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $2,274,842.01 | $1,454,919.66 | $1,454,919.66 | $217,230.22 |
| **Total Disbursements** | $4,285,114.01 | $3,196,163.34 | $3,196,163.34 | $1,958,473.90 |

4).  This case was originally filed under Chapter 7 on 11/13/2013.  The case was pending for 49 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/05/2017                         By:   /s/ *Allison D. Byman*
                                          Allison D. Byman, Trustee
                                          SBN 24040773
                                          Total Plaza
                                          1201 Louisiana, 28th Floor
                                          Houston, Texas  77002
                                          (713) 759-0818 Telephone
                                          (713) 759-6834 Facsimile
                                          adb@hwa.com

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2005 Mercedes | 1129-000 | $8,100.00 |
| 2010 Mercedes | 1129-000 | $23,000.00 |
| A/R's (Bejing China Star - $119,104.65; Bejing DaoFu Trading - $208,500.00; CP International, Inc. - $198,082.94; Downho | 1129-000 | $66,956.12 |
| Checking Account(Wells Fargo) | 1129-000 | $42.76 |
| Defective pipe held by Downhole Pipe & Equipment | 1129-000 | $461,368.87 |
| General Liability Insurance Policy | 1129-000 | $5,394.74 |
| Adv. No. 15-03289; Byman, Trustee vs. ATT Technology, Ltd. | 1141-000 | $36,500.00 |
| Compromise; Downhole Pipe & Equipment, LP | 1149-000 | $580,326.48 |
| Tax Refund; Net Operating Loss | 1224-000 | $739,284.93 |
| Pipe held by Chinese Petrochemical | 1229-000 | $37,500.00 |
| **TOTAL GROSS RECEIPTS** | | $1,958,473.90 |

The Uniform Transaction Code is an accounting code assigned by the Trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fort Bend County | 4210-000 | $1,192.60 | $444.79 | $444.79 | $444.79 |
| 2 | Harris County et al | 4210-000 | $444.79 | $1,570.62 | $1,570.62 | $1,570.62 |
| 3 | Fort Bend Independent School District | 4210-000 | $1,192.60 | $1,192.60 | $1,192.60 | $1,192.60 |
| 4a | Cathay Bank | 4110-000 | $2,000,000.00 | $1,567,112.41 | $1,567,112.41 | $1,567,112.41 |
| | Greg A. Lowry | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Harris County | 4210-000 | $1,570.62 | $0.00 | $0.00 | $0.00 |
| | Tai C. Tran, Esq. | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,004,400.61 | $1,570,320.42 | $1,570,320.42 | $1,570,320.42 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allison D. Byman, | 2100-000 | NA | $82,004.22 | $82,004.22 | $82,004.22 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| Trustee | | | | | | |
| Allison D. Byman, Trustee | 2200-000 | NA | $539.50 | $539.50 | $539.50 |
| George Adams & Company Insurance Agency, LLC | 2300-000 | NA | $80.08 | $80.08 | $80.08 |
| International Sureties, Ltd. | 2300-000 | NA | $231.08 | $231.08 | $231.08 |
| Green Bank | 2600-000 | NA | $16,842.43 | $16,842.43 | $16,842.43 |
| Attorney for Trustee Fees, Attorney for Trustee | 3110-000 | NA | $43,973.00 | $43,973.00 | $43,973.00 |
| Attorney for Trustee Expenses, Attorney for Trustee | 3120-000 | NA | $528.64 | $528.64 | $528.64 |
| Accountant for Trustee Fees, Accountant for Trustee | 3410-000 | NA | $21,585.50 | $21,585.50 | $21,585.50 |
| Accountant for Trustee Expenses, Accountant for Trustee | 3420-000 | NA | $473.81 | $473.81 | $473.81 |
| Webster's Auction Palace, Auctioneer for Trustee | 3610-000 | NA | $4,665.00 | $4,665.00 | $4,665.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $170,923.26 | $170,923.26 | $170,923.26 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fort Bend County Tax | 5800-000 | $1,637.39 | $0.00 | $0.00 | $0.00 |
| | Jingrong Chen | 5800-000 | $4,234.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $5,871.39 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4b | Cathay Bank | 7100-000 | $449,288.21 | $449,288.21 | $449,288.21 | $67,082.04 |
| 5 | DownHole Pipe & Equipment LP | 7100-000 | $195,822.94 | $1,000,000.00 | $1,000,000.00 | $149,307.36 |
| 6 | Four Oaks Place | 7100-000 | $5,631.45 | $5,631.45 | $5,631.45 | $840.82 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Operating LP | | | | | | |
| B&M Tool Company | 7100-000 | $3,791.25 | $0.00 | $0.00 | $0.00 | |
| Beijing China Star Jiasheng Trading | 7100-000 | $32,858.53 | $0.00 | $0.00 | $0.00 | |
| Best Value Trading Limited | 7100-000 | $1,039,538.20 | $0.00 | $0.00 | $0.00 | |
| Comcast | 7100-000 | $157.53 | $0.00 | $0.00 | $0.00 | |
| Deyang Logistics (Hong Kong) Ltd. | 7100-000 | $116,771.60 | $0.00 | $0.00 | $0.00 | |
| Driltools International FZCO | 7100-000 | $16,615.00 | $0.00 | $0.00 | $0.00 | |
| Jindal Saw USA LLC | 7100-000 | $22,500.00 | $0.00 | $0.00 | $0.00 | |
| PetroMaterials Corporation | 7100-000 | $194,937.44 | $0.00 | $0.00 | $0.00 | |
| SQM Salar S.A. | 7100-000 | $225.86 | $0.00 | $0.00 | $0.00 | |
| Superior Drillpipe Inc. | 7100-000 | $72,000.00 | $0.00 | $0.00 | $0.00 | |
| The Directional Drilling Company | 7100-000 | $124,704.00 | $0.00 | $0.00 | $0.00 | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $2,274,842.01 | $1,454,919.66 | $1,454,919.66 | $217,230.22 | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:  1          Exhibit 8

| | |
|---|---|
| Case No.: | 13-37062-H5-7 |
| Case Name: | PETROMATERIALS USA INC. |
| For the Period Ending: | 12/5/2017 |

| | |
|---|---|
| Trustee Name: | Allison D. Byman |
| Date Filed (f) or Converted (c): | 11/13/2013 (f) |
| §341(a) Meeting Date: | 12/19/2013 |
| Claims Bar Date: | 03/17/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Checking Account(Wells Fargo) | $42.76 | $42.76 | | $42.76 | FA |
| 2 | Deposit Account (Cathay Bank) | $15,479.53 | $0.00 | | $0.00 | FA |
| Asset Notes: | Set Off By Lender | | | | | |
| 3 | Security Deposit (Landlord) | $3,840.69 | $3,840.69 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate.  It is likely that the deposit was set off against any delinquent lease payments due by the Debtor. | | | | | |
| 4 | General Liability Insurance Policy | Unknown | Unknown | | $5,394.74 | FA |
| 5 | A/R's (Bejing China Star - $119,104.65; Bejing DaoFu Trading - $208,500.00; CP International, Inc. - $198,082.94; Downhole Pipe & Equipment, LP - $2,364,685.88; Drill Pipe, Inc. - $54,887.20; PetroMaterials Corporation - unknown) | $2,945,260.67 | $2,945,260.67 | OA | $66,956.12 | FA |
| Asset Notes: | 04/12/2017; #75; Notice of Intention to Abandon Property of the Estate | | | | | |
| 6 | Purchase Return Claim | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate since on the date of filing the value of the asset was $0.00 | | | | | |
| 7 | Down payment on order of goods | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate since on the date of filing the value of the asset was $0.00 | | | | | |
| 8 | Down payment to PetroMaterials Corporation | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate since on the date of filing the value of the asset was $0.00 | | | | | |
| 9 | 2010 Mercedes | $22,797.00 | $22,797.00 | | $23,000.00 | FA |
| Asset Notes: | 12/13/13; #18; Order Authorizing the Sale of Debtor's Vehicles Free and Clear of Liens, Claims and Encumbrances<br><br>06/22/16; #65; Trustee's Report of Sale | | | | | |
| 10 | 2005 Mercedes | $5,000.00 | $5,000.00 | | $8,100.00 | FA |
| Asset Notes: | 12/13/13; #18; Order Authorizing the Sale of Debtor's Vehicles Free and Clear of Liens, Claims and Encumbrances<br><br>06/22/16; #65; Trustee's Report of Sale | | | | | |
| 11 | Miscellaneous Office Furniture and Equipment | Unknown | Unknown | OA | $0.00 | FA |
| Asset Notes: | 01/17/2014; #28; Notice of Intention to Abandon Property of the Estate | | | | | |
| 12 | Defective pipe held by Downhole Pipe & Equipment | Unknown | Unknown | | $461,368.87 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2          Exhibit 8

| | |
|---|---|
| **Case No.:** 13-37062-H5-7 | **Trustee Name:** Allison D. Byman |
| **Case Name:** PETROMATERIALS USA INC. | **Date Filed (f) or Converted (c):** 11/13/2013 (f) |
| **For the Period Ending:** 12/5/2017 | **§341(a) Meeting Date:** 12/19/2013 |
| | **Claims Bar Date:** 03/17/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Asset Notes:** | 02/21/14; #35; Order Granting Trustee's Emergency Motion for Authority to Sell Property of the Estate | | | | | |
| | 03/19/14; #39; Trustee's Report of Sale | | | | | |
| **Ref. #** | | | | | | |
| 13 | Tax Refund; Net Operating Loss **(u)** | Unknown | $0.00 | | $739,284.93 | FA |
| 14 | Compromise; Downhole Pipe & Equipment, LP | $0.00 | $0.00 | | $580,326.48 | FA |
| **Asset Notes:** | 07/28/15; #49; Order Approving Trustee's Motion to Compromise Controversy with Downhole Pipe & Equipment, LP | | | | | |
| 15 | Adv. No. 15-03289; Byman, Trustee vs. ATT Technology, Ltd. | $0.00 | $48,758.46 | | $36,500.00 | FA |
| **Asset Notes:** | 02/10/16; #63; Order Granting the Trustee's Motion to Compromise with ATT Technology, Ltd. | | | | | |
| 16 | Pipe held by Chinese Petrochemical **(u)** | Unknown | $37,500.00 | | $37,500.00 | FA |
| **Asset Notes:** | 02/13/17; #72; Order Granting Trustee's Emergency Motion for Authority to Sell Property of the Estate Free and Clear of All Liens, Claims, Interests and Encumbrances | | | | | |
| | 08/10/17; #87; Trustee's Report of Sale | | | | | |

| TOTALS (Excluding unknown value) | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| | $2,992,420.65 | $3,063,199.58 | $1,958,473.90 | $0.00 |

**Major Activities affecting case closing:**

09/30/2016    Additional unscheduled assets discovered at location of one of Debtor's customers facility; Trustee obtained buyer but then customer and buyer both in financial distress, so abandoned the sale; Trustee to abandon those assets to secured lender if no sale by October 30, 2016; claims analysis underway; case not closeable.

09/30/2015    All assets now liquidated following sale of assets to Downhole Pipe; tax refunds received; only one Chapter 5 cause of action to be pursued; Attorney for Trustee to follow up on accounts receivable that appears to uncollectible; Trustee to prepare claims analysis for possible claims objection.

09/01/2014    3rd Qtr (2014) - Inventory to sell compromise claims with Downhole; attorney for trustee currently pursuing demand payments.

06/30/2014    6/30/14- HWA retained to negotiate with secured lender, creditor holding Debtor's inventory, and potential purchasers. Trustee to investigate potential chapter 5 claims, claims filed and attempt to sell remaining pipe while reaching resolution with creditor storing pipe. Vehicles sold. Portion of pipe inventory sold. Additional pipe remains to be sold. Case is not closeable.

| | | | | |
|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2015 | **Current Projected Date Of Final Report (TFR):** | 06/30/2017 | /s/ ALLISON D. BYMAN |
| | | | | ALLISON D. BYMAN |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 13-37062-H5-7 | | | Trustee Name: | Allison D. Byman | |
| Case Name: | PETROMATERIALS USA INC. | | | Bank Name: | GREEN BANK | |
| Primary Taxpayer ID #: | **-***8313 | | | Checking Acct #: | ******6201 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking | |
| For Period Beginning: | 11/13/2013 | | | Blanket bond (per case limit): | $62,600,000.00 | |
| For Period Ending: | 12/5/2017 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check/Ref. # | Paid to/Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 12/19/2013 | (1) | Wells Fargo | Proceeds; Closed Out Account | 1129-000 | $42.76 | | $42.76 |
| 12/31/2013 | | Green Bank | Bank Fee | 2600-000 | | $0.02 | $42.74 |
| 01/29/2014 | | Webster's Auction Palace | 12/13/13; #18 | * | $31,100.00 | | $31,142.74 |
| | {9} | | | $23,000.00 1129-000 | | | $31,142.74 |
| | {10} | | | $8,100.00 1129-000 | | | $31,142.74 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.54 | $31,136.20 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $45.38 | $31,090.82 |
| 03/04/2014 | (12) | Downhole Pipe & Equipment, LP | 02/21/14; #35 | 1129-000 | $422,797.05 | | $453,887.87 |
| 03/19/2014 | 3001 | Cathay Bank | 03/18/14; #38 | 4110-000 | | $397,797.05 | $56,090.82 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $497.51 | $55,593.31 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $86.81 | $55,506.50 |
| 04/30/2014 | 3002 | Webster's Auction Palace | 12/13/13; #19 | 3610-000 | | $4,665.00 | $50,841.50 |
| 05/09/2014 | (4) | BR&Y Insurance Agency Inc. | Proceeds; Refund on Insurance Policy | 1129-000 | $5,394.74 | | $56,236.24 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $102.49 | $56,133.75 |
| 06/11/2014 | (5) | Japan Tokyo Operation | Proceeds; Disbursement from bankrupt entity in Japan | 1129-000 | $66,956.12 | | $123,089.87 |
| 06/11/2014 | 3003 | Green Bank | 03/18/14; #38 | 2990-000 | | $56,912.70 | $66,177.17 |
| 06/11/2014 | 3003 | VOID: Green Bank | | 2990-003 | | ($56,912.70) | $123,089.87 |
| 06/11/2014 | 3004 | Cathay Bank | 03/18/14; #38 | 4110-000 | | $56,912.70 | $66,177.17 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $144.33 | $66,032.84 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $106.55 | $65,926.29 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $109.81 | $65,816.48 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $99.35 | $65,717.13 |
| 10/14/2014 | 3005 | George Adams & Company Insurance Agency, LLC | Inv No. 782 | 2300-000 | | $80.08 | $65,637.05 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $112.84 | $65,524.21 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $95.50 | $65,428.71 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $105.58 | $65,323.13 |
| 01/08/2015 | (13) | United States Treasury | Proceeds; Refund | 1224-000 | $623,365.93 | | $688,689.06 |
| | | | **SUBTOTALS** | | $1,149,656.60 | $460,967.54 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-37062-H5-7 | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|
| Case Name: | PETROMATERIALS USA INC. | | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***8313 | | Checking Acct #: | ******6201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 11/13/2013 | | Blanket bond (per case limit): | $62,600,000.00 |
| For Period Ending: | 12/5/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|---|
| 01/13/2015 | 3006 | Cathay Bank | 11/24/14; #46 | | 4110-000 | | $467,524.45 | $221,164.61 |
| 01/30/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $571.21 | $220,593.40 |
| 02/27/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $321.52 | $220,271.88 |
| 03/31/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $343.98 | $219,927.90 |
| 04/30/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $343.44 | $219,584.46 |
| 05/29/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $354.34 | $219,230.12 |
| 06/30/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $342.35 | $218,887.77 |
| 07/30/2015 | (14) | Downhole Pipe & Equipment, LP | 07/28/15; #49 | | 1149-000 | $125,000.00 | | $343,887.77 |
| 07/30/2015 | (14) | Downhole Pipe & Equipment, LP | 07/28/15; #49 | | 1149-000 | $455,326.48 | | $799,214.25 |
| 07/31/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $527.05 | $798,687.20 |
| 08/12/2015 | 3007 | Cathay Bank | 07/28/15; #49 | | 4110-000 | | $493,277.91 | $305,409.29 |
| 08/31/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $897.55 | $304,511.74 |
| 09/28/2015 | (13) | United States Treasury | Proceeds; Refund (NOL) | | 1224-000 | $115,919.00 | | $420,430.74 |
| 09/29/2015 | 3008 | Cathay Bank | 11/24/14; #46 | | 4110-000 | | $86,939.25 | $333,491.49 |
| 09/30/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $487.60 | $333,003.89 |
| 10/26/2015 | 3009 | International Sureties, Ltd. | Blanket Bond Premium | | 2300-000 | | $135.27 | $332,868.62 |
| 10/30/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $586.34 | $332,282.28 |
| 11/30/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $501.60 | $331,780.68 |
| 12/01/2015 | 3010 | HughesWattersAskanase | 11/30/15; #55 | | * | | $33,738.70 | $298,041.98 |
| | | | Attorney for Trustee Fees | $(33,659.50) | 3110-000 | | | $298,041.98 |
| | | | Attorney for Trustee Expenses | $(79.20) | 3120-000 | | | $298,041.98 |
| 12/08/2015 | (12) | Downhole Pipe & Equipment, LP | 03/18/14; #38 | | 1129-000 | $38,571.82 | | $336,613.80 |
| 12/09/2015 | 3011 | Cathay Bank | 03/18/14; #38 | | 4110-000 | | $32,786.05 | $303,827.75 |
| 12/31/2015 | | Green Bank | Bank Service Fee | | 2600-000 | | $509.00 | $303,318.75 |
| 01/29/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $489.46 | $302,829.29 |
| 02/03/2016 | 3012 | KenWood & Associates, PC | 01/29/16; #61 | | * | | $17,099.32 | $285,729.97 |
| | | | Accountant for Trustee Fees | $(16,896.00) | 3410-000 | | | $285,729.97 |
| | | | Accountant for Trustee Expenses | $(203.32) | 3420-000 | | | $285,729.97 |

|  |  | **SUBTOTALS** | $734,817.30 | $1,137,776.39 |
|---|---|---|---|---|

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-37062-H5-7 | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|
| Case Name: | PETROMATERIALS USA INC. | | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***8313 | | Checking Acct #: | ******6201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 11/13/2013 | | Blanket bond (per case limit): | $62,600,000.00 |
| For Period Ending: | 12/5/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/18/2016 | (15) | Arnco | 02/10/16; #63 | 1141-000 | $36,500.00 | | $322,229.97 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $457.69 | $321,772.28 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $519.24 | $321,253.04 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $518.40 | $320,734.64 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $500.87 | $320,233.77 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $500.09 | $319,733.68 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $515.95 | $319,217.73 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $515.12 | $318,702.61 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $530.87 | $318,171.74 |
| 10/06/2016 | 3013 | International Sureties, Ltd. | Bond #016071777 | 2300-000 | | $95.81 | $318,075.93 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $480.25 | $317,595.68 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $495.97 | $317,099.71 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $511.70 | $316,588.01 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $510.87 | $316,077.14 |
| 02/23/2017 | (16) | Gray Reed & McGraw | 02/13/17; #72 | 1229-000 | $37,500.00 | | $353,577.14 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $472.40 | $353,104.74 |
| 02/28/2017 | 3014 | Cathay Bank | 02/13/17; #72 | 4110-000 | | $31,875.00 | $321,229.74 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $561.76 | $320,667.98 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $467.38 | $320,200.60 |
| 05/25/2017 | 3015 | HughesWattersAskanase, LLP | 05/24/17; #82 | * | | $10,762.94 | $309,437.66 |
| | | | Attorney for Trustee Fees       $(10,313.50) | 3110-000 | | | $309,437.66 |
| | | | Attorney for Trustee Expenses       $(449.44) | 3120-000 | | | $309,437.66 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $515.58 | $308,922.08 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $514.58 | $308,407.50 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $465.56 | $307,941.94 |
| 08/07/2017 | 3016 | KenWood & Associates | 08/03/17; #85 | * | | $4,959.99 | $302,981.95 |
| | | | Accountant for Trustee Fees       $(4,689.50) | 3410-000 | | | $302,981.95 |
| | | | Accountant for Trustee Expenses       $(270.49) | 3420-000 | | | $302,981.95 |
| | | | **SUBTOTALS** | | $74,000.00 | $56,748.02 | |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 13-37062-H5-7 |
| Case Name: | PETROMATERIALS USA INC. |
| Primary Taxpayer ID #: | **-***8313 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 11/13/2013 |
| For Period Ending: | 12/5/2017 |

| | |
|---|---|
| Trustee Name: | Allison D. Byman |
| Bank Name: | GREEN BANK |
| Checking Acct #: | ******6201 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $62,600,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/27/2017 | 3017 | Allison D. Byman | Trustee Compensation | 2100-000 | | $82,004.22 | $220,977.73 |
| 10/27/2017 | 3018 | Allison D. Byman | Trustee Expenses | 2200-000 | | $539.50 | $220,438.23 |
| 10/27/2017 | 3019 | Fort Bend County | Final Distribution; Claim No. 1 | 4210-000 | | $444.79 | $219,993.44 |
| 10/27/2017 | 3020 | Harris County et al | Final Distribution; Claim No. 2 | 4210-000 | | $1,570.62 | $218,422.82 |
| 10/27/2017 | 3021 | Fort Bend Independent School District | Final Distribution; Claim No. 3 | 4210-000 | | $1,192.60 | $217,230.22 |
| 10/27/2017 | 3022 | Cathay Bank | Prorata Distribution; Claim No. 4b | 7100-000 | | $67,082.04 | $150,148.18 |
| 10/27/2017 | 3023 | DownHole Pipe & Equipment LP | Prorata Distribution; Claim No. 5 | 7100-000 | | $149,307.36 | $840.82 |
| 10/27/2017 | 3024 | Four Oaks Place Operating LP | Prorata Distribution; Claim No. 6 | 7100-000 | | $840.82 | $0.00 |
| 11/08/2017 | 3023 | STOP PAYMENT: DownHole Pipe & Equipment LP | Prorata Distribution; Claim No. 5 | 7100-004 | | ($149,307.36) | $149,307.36 |
| 11/08/2017 | 3025 | DownHole Pipe & Equipment LP | Prorata Distribution; Claim No. 5 | 7100-000 | | $149,307.36 | $0.00 |

| | | | | |
|---|---|---|---|---|
| TOTALS: | | $1,958,473.90 | $1,958,473.90 | $0.00 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| Subtotal | | $1,958,473.90 | $1,958,473.90 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $1,958,473.90 | $1,958,473.90 | |

**For the period of 11/13/2013 to 12/5/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,958,473.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,958,473.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $1,958,473.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,958,473.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/17/2013 to 12/5/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,958,473.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,958,473.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $1,958,473.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,958,473.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 13-37062-H5-7 | |
| Case Name: | PETROMATERIALS USA INC. | |
| Primary Taxpayer ID #: | **-***8313 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 11/13/2013 | |
| For Period Ending: | 12/5/2017 | |

| | |
|---|---|
| Trustee Name: | Allison D. Byman |
| Bank Name: | GREEN BANK |
| Checking Acct #: | ******6201 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $62,600,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $1,958,473.90 | $1,958,473.90 | $0.00 |

| For the period of 11/13/2013 to 12/5/2017 | |
|---|---|
| Total Compensable Receipts: | $1,958,473.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,958,473.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,958,473.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,958,473.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

| For the entire history of the case between 11/13/2013 to 12/5/2017 | |
|---|---|
| Total Compensable Receipts: | $1,958,473.90 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,958,473.90 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,958,473.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,958,473.90 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ALLISON D. BYMAN

ALLISON D. BYMAN